**FILED**

**JUN 1 9 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Russell D. Cook (094934)
LAW OFFICES OF RUSSELL D. COOK
1233 West Shaw Avenue, Ste. 100
Fresno, CA 93711
Telephone: (559) 225-2510
Facsimile: (559) 229-3941

Attorneys for: Plaintiffs, CALIFRESH OF CALIFORNIA, LLC and MORGAN MURRAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFRESH OF CALIFORNIA, LLC. and MORGAN MURRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY K. WORREL and WORREL & WORREL, et al.<br><br>Defendants. | CASE NO. 1:13-CV-00213-AWI-GSA<br><br>**ORDER GRANTING DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

The court, upon having read and considered the request for dismissal submitted by counsel for Plaintiff, and finding good cause therefore, hereby orders as follows:

IT IS HEREBY ORDERED that the CALIFRESH OF CALIFORNIA, LLC action # 1:13-CV-00213-AWI-GSA be dismissed without prejudice.

Dated: 6-18-13

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT – EASTERN DISTRICT
OF CALIFORNIA

ORDER GRANTING DISMISSAL OF
COMPLAINT WITHOUT PREJUDICE
1